UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Plaintiff, | § § § |
| V. | §  CRIMINAL NO.   A-12-CR-104(SS) |
| MOHAMMED ALI YASSINE, (1) a/k/a "Steve," a/k/a "Steve Austin," | § § § § § |
| Defendant. | § |

### GOVERNMENT'S RESPONSE TO DEFENDANT MOHAMMED ALI YASSINE'S MOTION FOR PRODUCTION OF TRANSCRIPTS AND NOTICE OF INTENT TO USE TRANSCRIPTS AND <u>INCORPORATED MEMORANDUM OF LAW</u>

The United States of America, by and through the United States Attorney for the Western District of Texas, respectfully submits this response to Defendant Mohammed Ali Yassine's (hereinafter "Steve Yassine") motion (Doc. 89) requesting that the Government produce transcripts under Fed. R. Crim. Pro. 16 and Fed. R. Crim. Pro. 12(b)(4), and would show the Court as follows:

The Government considers this motion to be moot, given the Court's Order on August 15, 2012, 3:08PM, denying Defendant's motion for a continuance and addressing the production of Government transcripts. It should be noted, nevertheless, that the Government filed a response to a nearly identical motion from Defendant Hadi Ali Yassine which also requested the production of Government transcripts in cause number A-12-CR-105(SS). Moreover, the Government disagrees with Defendant that either Fed. R. Crim. Pro. 16, or Fed. R. Crim. Pro. 12(b)(4) require the Government to produce transcripts under the circumstances presented here. Indeed, a careful reading of Fed. R. Crim. Pro. 12(b)(4) reveals that it is intended to afford the

Defendant timely access to materials that the Defendant may move to suppress. No such remedy is available with respect to Government transcripts. Rule 12(b)(4) then refers to Rule 16, which in turn, does not appear to address the issue of Government transcripts. Finally, the Government respectfully requests that the Court consider setting a schedule in which the Defendant (and all codefendants) submit to the Government and/or Court any *defense transcripts,* so that any differences or disputes about content can be resolved in a timely fashion.

> Respectfully submitted
> JOHN E. MURPHY
> Attorney for the United States
> Acting Under the Authority,
> Conferred by 28 U.S.C., Section 515
>
> /s/ Gregg N. Sofer
> GREGG N. SOFER
> Assistant United States Attorney
> 816 Congress Avenue, Suite 1000
> Austin, Texas 78701
> Tel: 512/916-5858
> Fax: 512/916-5854
> Bar No. NY106209

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2012, the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participant:

Stephen M. Orr
Orr & Olavson
804 Rio Grande
Austin, Texas 78701
*Attorney for Defendant Mohammed Ali "Steve" Yassine (4)*

> /s/ Gregg N. Sofer
> GREGG N. SOFER
> Assistant United States Attorney

[2]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § | |
| **Plaintiff,** | § § | |
| V. | § § | CRIMINAL NO.   A-12-CR-104(SS) |
| | § § | |
| **MOHAMMED ALI YASSINE, (1)** a/k/a "Steve," a/k/a "Steve Austin," | § § § § § § § § | |
| **Defendant.** | § § | |

**O R D E R**

On this date came to be considered Defendant Mohammed Ali Yassine's Motion for Production of Transcripts Under Fed. R. Crim. Pro. 16 and Fed. R. Crim. Pro. 12(b)(4), and said Motion is hereby:

(DENIED) (Granted)

SIGNED this _____ day of _____, 2012.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE